[No. 20109-3-I.   Division One.   April 11, 1988.]

THE STATE OF WASHINGTON *on the Relation of the State of Arizona,* ET AL, *Respondent,* v. RICHARD G. HARMON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-3-04430-3, Sharon S. Armstrong, J., entered November 20, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Swanson and Winsor, JJ.

[No. 20063-1-I.   Division One.   April 11, 1988.]

SAHALEE MAINTENANCE ASSOCIATION, *Appellant,* v. ROBERT VAN EATON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-06509-1, Anthony P. Wartnik, J., entered March 11, 1987. *Reversed* by unpublished opinion per Williams, J., concurred in by Webster and Winsor, JJ.

[No. 8430-2-III.   Division Three.   April 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY J. PAXTON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 86-1-00388-0, Fred R. Staples, J., entered January 16, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.